JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
NATALIA TSUBERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| NATALIA TSUBERA,<br>        Plaintiff,<br><br>     v.<br><br>Michael O'Malley,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No.   2:24-cv-01789-AC<br><br>STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 14, 2024.

This is a first extension. Plaintiff's counsel is currently working on an opening brief for the Ninth Circuit and has other district court, Appeals Council, and prehearing briefs due in September, plus one district court motion for summary judgment due earlier in October, such that it may not be possible to complete this motion earlier than requested.

[Pleading Title] - 1

Dated:   September 46 2024                                   /s/     *Jesse S. Kaplan*
                                                             JESSE S. KAPLAN
                                                             Attorney for Plaintiff

Dated:   September 5, 2024                                    */s/ per e-mail authorization*
                                                             JUSTIN L. MARTIN
                                                             Special Assistant U.S. Attorney
                                                             Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to October 14, 2024.

SO ORDERED.

DATED: September 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE